**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MARIE ELIZABETH BLAIS,**

> **Plaintiff,**

**v.**                                                      **Case No.:  2:15-cv-3038**
                                                            **JUDGE GEORGE C. SMITH**
                                                            **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

> **Defendant.**

**ORDER**

This case is before the Court to consider the *Report and Recommendation* issued by the

Magistrate Judge on February 6, 2017.  The time for filing objections has passed, and no

objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS**

the *Report and Recommendation*.  Plaintiff's Statement of Errors is hereby **OVERRULED** and

the decision of the Commissioner of Social Security is **AFFIRMED**.  Final judgment shall be

entered in favor of the Commissioner of Social Security.

The Clerk shall remove Document 16 from the Court's pending motions list and enter

final judgment in favor of Defendant.

> **IT IS SO ORDERED.**

                                                            */s/ George C. Smith*
                                                            **GEORGE C. SMITH, JUDGE**
                                                            **UNITED STATES DISTRICT COURT**